■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v ROBERT L. BERRY, Respondent. [646 NYS2d 459] —Order unanimously affirmed for reasons stated in decision at Steuben County Court, Scudder, J. (Appeal from Order of Steuben County Court, Scudder, J.—Dismiss Indictment.) Present—Pine, J. P., Fallon, Doerr, Davis and Boehm, JJ.